# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

RVassets Ltd.

                Plaintiff,

v.                                         Case No.: 1:23–cv–14192

                                                   Honorable April M. Perry

Marex Capital Markets Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 15, 2025:

      MINUTE entry before the Honorable April M. Perry: Motion hearing held on 1/15/2025. Plaintiff's motion for a confidentiality order [59] is granted, with the compromise language submitted by Plaintiff. The Plaintiff is asked to submit the final version with all parties copied to the Court's proposed order mailbox. The parties are encouraged to work together to avoid discovery disputes that require court intervention. This case is referred to the Magistrate Judge for discovery supervision, including the authority to set, adjust, and extend all deadlines, and to conduct a settlement conference if requested by the parties. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.