**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

RVassets Ltd.

                    Plaintiff,

v.                                          Case No.: 1:23−cv−14192

                                                          Honorable April M. Perry

Marex Capital Markets Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 15, 2025:

     MINUTE entry before the Honorable Albert Berry III: Defendants' motion to strike Plaintiff's motion to enforce the Court's discovery order [90] is granted in part insofar as the Court will strike Plaintiff's motion to enforce the Court's discovery order [87] and denied in part insofar as it will not sanction the Plaintiff. Plaintiff's motion to enforce the Court's discovery order [87] is denied without prejudice for failure to comply with this Court's standing order and local rules; the 10/28/25 motion hearing and accompanying briefing schedule [89] is stricken. In its memorandum accompanying its motion [88], Plaintiff alleges that the Defendants have not complied with this Court's Order and that the parties have met and conferred about the issue [[88] at 1 and 5−7]. However, defendants allege that the parties are not at an impasse and further meet and confers may obviate the need for the Court's intervention [[90] at 2]. The parties are reminded of the Court's standing order on discovery motions, which requires face−to−face meet and confers prior to filing the motion (videoconferencing is sufficient) to resolve or narrow the issue with what Plaintiff deems noncompliance with the Court's Order. If the parties reach an impasse after a good faith effort, Plaintiff may re−file its motion to compel. Any such motion to compel must be filed no later than 10/7/25. A joint status report is due on 10/15/25 [86], if Plaintiff renews its motion to compel, the joint status report date will be automatically stricken. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.